

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00392-CR

Billy Bob **OPPELT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR5849
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the motion to withdraw filed by Appellant's attorney is GRANTED, and the trial court's order is AFFIRMED as modified. It is ORDERED no costs shall be assessed against Appellant in relation to his trial or this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED April 1, 2015.

_____
Jason Pulliam, Justice